# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WEST COAST LIFE INSURANCE COMPANY, | : |
| *Plaintiff,* | : Case No. 3:20-cv-04350 |
| v. | : |
| WELLS FARGO BANK, N.A., as securities intermediary, and DINA LOSH, | : |
| *Defendants.* | : |

## JOINT STIPULATION *AND ORDER* TO STAY PROCEEDINGS

Plaintiff, West Coast Life Insurance Company ("West Coast Life"), and Defendants, Wells Fargo Bank, N.A. ("Wells Fargo") and Dina Losh, by and through undersigned counsel, jointly stipulate to stay these proceedings pending settlement discussions and state as follows:

1. On September 27, 2023, West Coast Life, Wells Fargo, and Ms. Losh (collectively, the "Parties") participated in a settlement conference (the "Settlement Conference") before the Honorable Douglas Arpert. The Parties were unable to reach a settlement at that time. During the Settlement Conference, West Coast Life broached a settlement topic which Wells Fargo was not prepared to discuss during the Settlement Conference.

2. West Coast Life and Wells Fargo have conferred since the Settlement Conference, and the Parties are endeavoring to further explore settlement.

The nature of the settlement discussions requires that West Coast Life and Wells Fargo work cooperatively for a period of 90 days to identify issues for resolution.

3. The Parties agree that it is in the best interest of the Parties and judicial economy that this matter be stayed in its entirety pending settlement discussions between West Coast Life and Wells Fargo. In the event the parties are unable to resolve this matter, the Parties will report to the Court no later than January 25, 2024 with a proposed date for the Final Pretrial Conference.

Accordingly, the Parties respectfully request that the Court stay all proceedings.

Dated: October 19, 2023                         Respectfully submitted,

/s/ Michael J. Broadbent
Michael J. Broadbent, Esq. (043992010)
Michael J. Miller, Esq. (032821991)
Joseph M. Kelleher, Esq. (040602009)
Chase A. Howard, Esq. (pro hac vice)
COZEN O'CONNOR PC
One Liberty Plaza
1650 Market Street, Suite 2800
Philadelphia, PA  19103
Tel. 215-665-2147

Attorneys for
West Coast Life Insurance Company

/s/ Brian Farkas
Brian Farkas (087182013)
Andrew Dykens (*pro hac vice*)
Lee Pepper (*pro hac vice*)
James Westerlind (*pro hac vice*)
ArentFox Schiff LLP
1301 Avenue of the Americas, Fl. 42
New York, New York 10019
Tel. (212) 484-3900

*Attorneys for Wells Fargo Bank, N.A., as Securities Intermediary*

/s/ David Benhaim
David Benhaim
Lipsius-Benhaim Law LLP
80-02 Kew Gardens Rd.
Suite 1030
Kew Gardens, NY 11415
Tel. (212) 981-8440

*Attorney for Dina Losh*

> The Clerk shall terminate the pending motion for reconsideration [ECF no. 118] subject to reinstatement if this matter is not resolved; and the Clerk shall administratively terminate this case from the Court's active docket during the period of this stay.
>
> So Ordered
> /s/ [signature]
> USMJ